HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF RICHARD RISHER, JR., and LISA SIMPSON, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, FRANCISCO ZARAGOZA, ISAAC FERNANDEZ, JOSE CHAVEZ, RICHARD RISHER, SR., and Does 1 THROUGH 10, inclusive, <br><br> Defendants. | CASE NO. 5:17-CV-00995 MWF (KKx) <br><br> **ORDER RE STIPULATION REGARDING DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE BROUGHT BY PLAINTIFF THE ESTATE OF RICHARD RISHER, JR.** <br><br> Trial Date: 3/12/19 |

TO ALL PARTIES:

The Court, having considered the parties' Stipulation, hereby ORDERS the following:

1. Plaintiff THE ESTATE OF RICHARD RISHER, JR.'s state law claims, including Assault and Battery, Wrongful Death, and Violation of California *Civil Code* § 52.1, against defendants CITY OF LOS ANGELES, JOSEPH CHAVEZ, FRANCISCO ZARAGOZA, and ISAAC FERNANDEZ are dismissed with prejudice.

2. Plaintiff THE ESTATE OF RICHARD RISHER, JR.'s Fourth Claim for Relief for violation of the Fourth Amendment based on the failure to provide medical care against defendants JOSEPH CHAVEZ, FRANCISCO ZARAGOZA, and ISAAC FERNANDEZ is dismissed with prejudice.

3.  Each party is to bear their own costs and attorney's fees with respect to the claims being dismissed herein.

**IT IS SO ORDERED.**

DATED: January 28, 2020

_____
HONORABLE MICHAEL FITZGERALD
UNITED STATES DISTRICT JUDGE