UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **EDCV 17-995-MWF (KKx)**                                         Date:  September 26, 2022

Title            **The Estate of Richard Risher, Jr., et al. v. City of Los Angeles, et al.**

---

Present: The Honorable:       MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that Plaintiff Lisa Simpson is the sole remaining Plaintiff in this action.  *See* Order Granting Defendants' Joint Request to Dismiss Plaintiff "The Estate of Richard Risher, Jr." Pursuant to Court Order, filed March 22, 2022.  (Docket No. 195).  On April 6, 2022, the Order mailed to Plaintiff Lisa Simpson was returned as undeliverable.  (Docket No. 196).

In light of the inactivity and Plaintiff's failure to prosecute this case, the Court **ORDERS** Plaintiff Lisa Simpson to show cause why this action should not be dismissed for lack of prosecution.  Plaintiff's written response to this Order to Show Cause shall be filed no later than **October 11, 2022**.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Should Plaintiff fail to respond to the Order to Show Cause by **October 11, 2022**, the Court will deem that failure as abandonment of this case and the matter will be **DISMISSED**.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm