JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF RICHARD RISHER, JR., and LISA SIMPSON, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, FRANCISCO ZARAGOZA, ISAAC FERNANDEZ, JOSE CHAVEZ, RICHARD RISHER, SR., and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. EDCV 17-00995-MWF (DTBx) <br><br> The Honorable Michael W. Fitzgerald, United States District Judge <br><br> **JUDGMENT AFTER TRIAL** |

On July 29, 2020, this Court granted summary judgment in favor of Defendants Francisco Zaragoza and Jose Chavez on the Fourteenth Amendment claim brought against them. This Court granted summary judgment in favor of all Defendants on Plaintiffs' *Monell* and Bane Act claims. The Court left for trial the Fourteenth Amendment claim brought by Plaintiff The Estate of Richard Risher, Jr. against Defendants Francisco Zaragoza, Isaac Fernandez, and Jose Chavez. The Court left for

trial the Fourteenth Amendment claim brought by Plaintiff Lisa Simpson against Defendant Isaac Fernandez and Plaintiff Lisa Simpson's negligence claim against Defendants Francisco Zaragoza, Isaac Fernandez, and Jose Chavez.  Claims against Richard Risher, Sr., were not pursued at trial and the claims against him were not included in the Final Pretrial Conference Order (Docket No. 300).

These remaining claims came on regularly for jury trial between January 28, 2025, and February 10, 2025, in Courtroom 5A of this United States District Court.  Plaintiffs The Estate of Richard Risher, Jr. and Lisa Simpson were represented by Ryan G. Baker, Esq., Ms. Teresa Lenore Huggins, Esq., Samuel Standage Meehan, Esq., Gayane Moran, Esq., Jose R. Nuno, Esq., and Riley Portz Smith, Esq., of Waymaker LLP.  Defendants City of Los Angeles and Jose Chavez were represented by Irving R. Estrada, Esq., of the Los Angeles City Attorney's Office.  Defendant Francisco Zaragoza was represented by Mark W. Waterman, Esq. and Lauren Jasmine Collins, Esq., of Lozano Smith LLP.  Defendant Isaac Fernandez was represented by Thomas C. Hurrell, Esq. and Katherine Orletsky, Esq., of Hurrell Cantrall LLP.

A jury of seven persons was regularly empaneled and sworn.  Witnesses were sworn and testified, and exhibits were admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury.  The jury deliberated and thereafter returned a verdict in pertinent part as follows:

///
///
///
///
///
///

# FOURTH AMENDMENT

1. Did the Plaintiff Estate prove by a preponderance of the evidence its claim based on the violation of Richard Risher's Fourth Amendment rights? (Instruction Nos. 15, 16)

|  | *Yes* | *No* |
|---|---|---|
| a. Defendant Isaac Fernandez | ___ | _X_ |
| b. Defendant Francisco Zaragoza | ___ | _X_ |
| c. Defendant Jose Chavez | ___ | _X_ |

# FOURTEENTH AMENDMENT

2. Did Plaintiff Lisa Simpson prove by a preponderance of the evidence her claim against Defendant Isaac Fernandez based on the violation of her Fourteenth Amendment rights? (Instruction No. 17).

Yes ____   No __X__

///
///
///
///
///
///
///
///
///

3.

**WRONGFUL DEATH BASED ON NEGLIGENCE**

3. Did Plaintiff Lisa Simpson prove by a preponderance of the evidence her claim for wrongful death caused by negligence? (Instruction No. 18).

|  | *Yes* | *No* |
|---|---|---|
| a. Defendant Isaac Fernandez | ___ | _X_ |
| b. Defendant Francisco Zaragoza | ___ | _X_ |
| c. Defendant Jose Chavez | ___ | _X_ |

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Defendant City of Los Angeles and Plaintiff Estate of Richard Risher, Jr. and Plaintiff Lisa Simpson shall take nothing.
2. Judgment is entered in favor of Defendant Francisco Zaragoza and Plaintiff Estate of Richard Risher, Jr. and Plaintiff Lisa Simpson shall take nothing.
3. Judgment is entered in favor of Defendant Isaac Fernandez and Plaintiff Estate of Richard Risher, Jr. and Plaintiff Lisa Simpson shall take nothing.
4. Judgment is entered in favor of Defendant Jose Chavez and Plaintiff Estate of Richard Risher, Jr. and Plaintiff Lisa Simpson shall take nothing.

5. Defendants City of Los Angeles, Francisco Zaragoza, Isaac Fernandez, and Jose Chavez shall recover their respective costs as provided by law.

Dated: February 24, 2025.

_____
MICHAEL W. FITZGERALD
United States District Judge